PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michelle Rivera                                    Cr.: 03-796-01

Name of Sentencing Judicial Officer: Joseph A. Greenaway Jr.

Date of Original Sentence: 3/31/04

Original Offense: Import Cocaine

Original Sentence: 12months, one day.

Type of Supervision: Supervised Release

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender tested positive for marijuana use on January 12, 2006, February 2, 2006, February 23, 2006 and March 9, 2006. |
|  | On February 2, 2006, Rivera was referred to ACI, an outpatient substance abuse treatment program. |

U.S. Probation Officer Action:

The offender is currently attending mental health and drug treatment. We request that no action be taken at this time, to allow the offender to continue to participate in treatment. We believe more time is needed in order to continue to evaluate her progress.

Attached for the Court's perusal is a copy of a letter forwarded by the Southern District of New York Probation Office outlining the offender non-compliance.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 4/5/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date
4-13-06