PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michelle Rivera                                        Cr.: 03-796-01

Name of Sentencing Judicial Officer: Joseph A. Greenaway, Jr.

Date of Original Sentence: 03/31/04

Original Offense: Importation of Heroin

Original Sentence: Imprisonment 12 months and one day; Supervised Release 3 years; Special Conditions: drug treatment, mental health treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 02/25/05

Assistant U.S. Attorney: John Vazquez                         Defense Attorney: Stacy Biancamano

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from unlawful substance use**' |
|   | The defendant tested positive for marijuana on multiple occasions throughout her supervised release term. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |
|   | On March 26, 2007, the offender walked out of Daytop Manor House, a residential substance abuse facility in Rhinebeck, New York. As a result, she was unsatisfactorily terminated from the program. |

PROB 12C - Page 2
Michelle Rivera

I declare under penalty of perjury that the foregoing is true and correct.

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 05/03/07

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: June 15, 2007 at 10:00 am.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-21-07
Date